UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KERN VALLEY STATE PRISON, et al.,<br><br>　　　　　Defendants. | 1:17-cv-001168 GSA (PC)<br><br>ORDER TO SUBMIT NEW, COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY (30) DAYS |

　　　　Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 18, 2017, Plaintiff filed the Complaint commencing this action at the United States District Court for the Southern Division of California, together with. (ECF No. 1.) On August 29, 2017, the case was transferred to this court. (ECF No. 4.)

　　　　Plaintiff has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915; however, the application is deficient. (ECF No. 2.) Plaintiff has not completed the application or provided all of the information requested. Plaintiff shall be granted time to submit a new, completed application.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　Within **thirty (30) days** of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

1

the $400.00 filing fee for this action.  **No requests for extension will be granted without a showing of good cause**.  **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

    Dated: __**August 31, 2017**__             __/s/ Gary S. Austin__
                                                        UNITED STATES MAGISTRATE JUDGE